UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>TEMPUR SEALY INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 18-cv-07130-SI<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 50 |

Defendant has filed a motion seeking an extension of time to respond to the Amended Complaint, which plaintiff filed pro se on June 20, 2019. Dkt. No. 50. The Court GRANTS defendant's motion for an extension of time and clarifies that this case remains STAYED pending appointment of pro bono counsel for plaintiff. *See* Dkt. No. 44. No answer shall be due from defendant until the Court lifts the stay and/or orders otherwise.

**IT IS SO ORDERED**.

Dated: June 26, 2019

_____
SUSAN ILLSTON
United States District Judge