| | |
|---|---|
| ANTHONY A JAMES,<br><br>    Plaintiffs,<br><br>v.<br><br>TEMPUR SEALY INTERNATIONAL, INC.,<br><br>    Defendants. | Case No. 18-cv-07130-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 1, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: December 20, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: August 3, 2020.

DESIGNATION OF EXPERTS: August 10, 2020; REBUTTAL: August 28, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 18, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; October 9, 2020;
    Opp. Due: October 23, 2020; Reply Due: October 30, 2020;
    and set for hearing no later than November 13, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: January 12, 2021 at 3:30 PM.
Pretrial Documents due: 12/17/20, Oppositions to Motions In-Limine due: 12/22/20.

JURY TRIAL DATE: January 19, 2021 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be__ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court adjusted the pretrial filings deadline to 12/17/20, and any oppositions to motions in-limine are due 12/22/20.

Defense shall produce its initial disclosures and plaintiff's personnel file by 1/10/20.

This case shall be referred to Magistrate-Judge Spero for settlement purposes. The settlement conference shall occur in either March or April 2020.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 12/9/19

_____
SUSAN ILLSTON
United States District Judge