UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. JAMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TEMPUR SEALY INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Case No. 18-cv-07130-SI<br><br>**ORDER RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 85 |

The parties have filed a joint statement to inform the Court that they have reached impasse regarding defendant's production of text messages in this case. Dkt. No. 85. Having reviewed the statement, and in light of the claims of discrimination that plaintiff raises, the Court agrees with plaintiff that the text messages are highly relevant and accordingly ORDERS as follows:

1. Defendant shall take appropriate steps to produce all responsive text messages that can be obtained through a reasonably diligent effort, including through Defendant's cellular service provider, and shall complete such production on or before August 21, 2020, and shall provide a declaration under penalty of perjury describing how this was done; and

2. If any further text messages are produced which were exchanged by or between any prior deponent of Defendant, Defendant shall make that deponent available for deposition again, limited to one hour, at Defendant's expense, to be completed on or before August 28, 2020.

The non-expert discovery deadline of August 3, 2020 is waived to the extent necessary for defendants to produce documents and/or deponents pursuant to this Order.

**IT IS SO ORDERED**.

Dated: August 3, 2020

_____
SUSAN ILLSTON
United States District Judge